_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 10, 2018

_____

NVB 105-23(Rev. 8/17)

| | |
|---|---|
| Attorney | Michael J. Harker, Esq. |
| Nevada Bar # | #5353 |
| Firm Name | Law Office of Michael J. Harker, Esq. |
| Address | 2901 El Camino Ave., #200 |
| City, State, Zip | Las Vegas, NV 89102 |
| Phone Number | (702) 248-3000 |
| Email Address | Mharker@harkerlawfirm.com |
| Pro Se Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In Re.

ANTONIO MARTINEZ,

Debtor(s).

BK-S-18-10577-mkn

Chapter 13

**ORDER APPROVING EX PARTE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF MMM EXPENSES**

Hearing Date: N/A
Hearing Time: N.A

THE EX PARTE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF MMM EXPENSES filed by the above names Debtor(s)' attorney, the Court having considered said application, and for good cause appearing:

1

IT IS HEREBY ORDERED that compensation and reimbursement in the amount of

<u>$2,100.00</u> is hereby approved for distribution to Debtor(s)' attorney through Chapter 13 Trustee:

IT IS FURTHER ORDERED that the fees and expenses awarded through this application shall be paid as an administrative priority claim;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall commence disbursement of the awarded fees and expenses immediately upon entry of an Order awarding the same, and such disbursement shall continue until such fees and expenses are paid in full;

IT IS SO ORDERED.

Submitted by:

<u>  /s/ Michael J. Harker, Esq.  </u>                                    Date: <u>   8/9/2018         </u>

Attorney for Debtor(s)

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling and that (check one):

<u>     </u>     The Court has waived the requirements set forth in LR 9021(b)(1).

<u>  X  </u>     No party appeared at the hearing or filed an objection to the motion.

<u>      </u>I have delivered a copy of this proposed order to all counsel/Trustee who have appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party whether the party has approved, disapproved, or failed to respond to the document]:

<u>       </u>     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

<u>  /s/ Michael J. Harker, Esq.      </u>                                    Date: <u>   8/9/2018         </u>

# ##

2