Jennifer R. Bergh, Esq. (Bar No.: 14480)
LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Jbergh@ghidottilaw.com

Attorneys for Creditor
HMC Assets, LLC solely in its capacity as
Separate Trustee of NSP LA TRUST, its
successors and assigns

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-10577-mkn |
| Antonio Martinez, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On November 27, 2018 I served the following documents described as:

- **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| ANTONIO MARTINEZ<br>65 LO VISTA PLACE<br>LAS VEGAS, NV 89110 | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101 |
| **Debtor's Counsel**<br>MICHAEL J. HARKER<br>2901 EL CAMINO AVE., #200<br>LAS VEGAS, NV 89102 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on November 27, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller